# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday the 28th day of July, 1992.

Hercules, Inc., et al., Appellants

against

Larry Douglas Carter, Appellee

Before Chief Judge Koontz, Judges Barrow, Benton, Coleman, Duff, Moon, Willis, Elder and Bray

COUNSEL

James C. Joyce, Jr. (Melissa W. Scoggins; Gentry, Locke, Rakes & Moore, on brief), for appellants.

(Berrell F. Shrader; Law Offices of Dutton Olinger, on brief), for appellee. Appellee submitting on brief.

## UPON REHEARING EN BANC

OPINION

IN *Hercules, Inc. v. Carter,* 13 Va. App. 219, 409 S.E.2d 637 (1991), a majority of a panel of the Court affirmed an award of the Virginia Workers' Compensation Commission[1] that reinstated the claimant's compensation benefits after he cured his unjustified refusal of selective employment.[2] We granted Hercules a rehearing and heard the case *en banc* on March 17, 1992. Accordingly, for the reasons stated in the panel's majority opinion, the decision of the Workers' Compensation Commission is affirmed. Accordingly, the stay of this Court's mandate issued October 8, 1991 is

---

[1] Formerly the Industrial Commission of Virginia.

[2] This appeal did not raise the issue, and consequently we do not decide, whether a claimant is entitled to have compensation benefits reinstated effective from the date the suspension is declared by the commission to have been lifted or retroactively to the date that the employee cured his unjustified refusal of selective employment.

lifted.

Judge Moon would reverse the commission's decision for the reasons stated in his dissent to the panel opinion. *See id.* at 225, 409 S.E.2d at 640.